604

evidence adduced the court pronounced him guilty and rendered judgment accordingly.

The record proper, upon which this appeal is predicated solely, is free from irregularity or error. Let the judgment of conviction appealed from stand affirmed.

Affirmed.

(122 So. 919)

**Willis BAKER v. STATE.   (8 Div. 734.)**

Court of Appeals of Alabama.   May 21, 1929.

RICE, J.   Appeal dismissed.

(119 So. 919)

**Murrel BANKS v. STATE.   (6 Div. 410.)**

Court of Appeals of Alabama.   Dec. 11; 1928.

SAMFORD, J.   Appeal dismissed.

(121 So. 919)

**Giles BARKER v. STATE.   (7 Div. 562.)**

Court of Appeals of Alabama.   Feb. 26, 1929.

Rehearing Denied March 26, 1929.

Charles F. Douglas, of Anniston, for appellant.

Charlie C. McCall, Atty. Gen., for the State.

SAMFORD, J.   Affirmed.

(127 So. 916)

**Ocie BARNETT v. STATE.**
**5 Div. 802.**

Court of Appeals of Alabama.
April 22, 1930.

RICE, J.
Affirmed.

(125 So. 917)

**John A. BARRON v. STATE.   (6 Div. 631.)**

Court of Appeals of Alabama.   Dec. 17, 1929.

BRICKEN, P. J.   This appellant was indicted for the offense of assault with intent to murder one Eddie Tingle. He was tried and convicted for the offense of an assault and battery. From the judgment of conviction he appealed.

The appeal is rested upon the record only there being no bill of exceptions. This record is regular and without error. The judgment of conviction, from which this appeal was taken, is affirmed.

Affirmed.

(127 So. 916)

**Sam BARRON v. STATE.**
**4 Div. 624.**

Court of Appeals of Alabama.
April 8, 1930.

SAMFORD, J.
Affirmed.

(125 So. 917)

**Roy BASSETT v. STATE.   (7 Div. 597.)**

Court of Appeals of Alabama.   Jan. 21, 1930.

BRICKEN, P. J.   Appeal dismissed.

(128 So. 913)

**Allen BATES and Sam Way v. STATE.**
**8 Div. 940.**

Court of Appeals of Alabama.
May 27, 1930.

SAMFORD, J.
Appeal dismissed.